IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SANDOZ INC.,

    Plaintiff,

v.

AMGEN INC., et al.,

    Defendants.

No. C-13-2904 MMC

**ORDER DIRECTING PLAINTIFF TO ELECTRONICALLY FILE UNDER SEAL UNREDACTED COMPLAINT**

By order filed June 24, 2013, the Honorable Richard Seeborg granted plaintiff Sandoz Inc.'s Administrative Motion to File Under Seal, by which motion plaintiff sought leave to file under seal certain portions of its complaint. To date, however, plaintiff has not electronically filed the unredacted version of its complaint. See General Order No. 62 ("If a motion to file under seal is granted in part or full, the requesting party will e-file the document under seal according to the procedures outlined in the FAQs on the ECF website.").

Accordingly, plaintiff is hereby DIRECTED to forthwith file under seal the unredacted version of its complaint. Further, plaintiff is DIRECTED to provide to the undersigned a chambers copy of its unredacted complaint.

**IT IS SO ORDERED.**

Dated: July 15, 2013

    MAXINE M. CHESNEY
    United States District Judge