James F. Hurst (admitted *pro hac vice*)
jhurst@winston.com
Maureen L. Rurka (admitted *pro hac vice*)
mrurka@winston.com
James M. Hilmert (admitted *pro hac vice*)
jhilmert@winston.com
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, IL 60601-9703
Telephone:     (312) 558-5600
Facsimile:     (312 558-5700

K. Joon Oh (SBN: 246142)
koh@winston.com
WINSTON & STRAWN LLP
101 California Street
San Francisco, CA  94111-5802
Telephone:     (415) 591-1000
Facsimile:     (415) 591-1400

Attorneys for Plaintiff
SANDOZ INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT**

| | |
|---|---|
| SANDOZ INC., | **Case No. 3:13-CV-02904-MMC** |
| Plaintiff, | |
| v. | **[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO FILE SURREPLY TO DEFENDANTS' MOTION TO DISMISS** ; CONTINUING HEARING ON DEFENDANTS' MOTION TO DISMISS |
| AMGEN INC. and HOFFMAN-LA ROCHE INC., | |
| Defendants. | |

Having considered Plaintiff's Administrative Motion to File a Surreply in Opposition to Defendants' Motion to Dismiss, and defendants' opposition thereto, the Court finds that good cause exists for Plaintiff to file a surreply in opposition to Defendants' Motion to Dismiss, of 10 pages or less.

IT IS HEREBY ORDERED THAT Plaintiff Sandoz Inc.'s Administrative Motion to File a Surreply in Opposition to Defendants' Motion to Dismiss, is GRANTED, and Plaintiff may file a surreply brief of 10 pages or less, within 7 days of the date of this order.

IT IS ~~SO ORDERED~~ FURTHER ORDERED that the hearing on Defendants' Motion to Dismiss is CONTINUED to November 1, 2013, at 9:00 a.m.

DATED: October 7, 2013

Honorable Maxine M. Chesney
United States District Judge

SF:361472.1