IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDOZ INC.,<br><br>             Plaintiff,<br><br>    v.<br><br>AMGEN INC., et al.,<br><br>             Defendants. | No. C-13-2904 MMC<br><br>**ORDER GRANTING DEFENDANTS' MOTION TO ADJUST CASE MANAGEMENT CONFERENCE DEADLINES; VACATING OCTOBER 11, 2013 HEARING** |

  Before the Court is the "Motion by Defendants, Amgen Inc. and Hoffman-La Roche Inc. to Adjust Case Management Conference Deadlines" filed September 6, 2013. Plaintiff Sandoz Inc. has filed opposition, to which defendants have replied. Having read and considered the papers filed in support of and in opposition to the motion, the Court deems the matter appropriate for decision on the parties' respective written submissions, VACATES the hearing scheduled for October 11, 2013, and rules as follows.

  In light of the pendency of defendants' motion to dismiss, set for hearing on November 1, 2013, the Court finds it appropriate, in the interests of judicial economy, to continue the Case Management Conference and all related deadlines.

  Accordingly, defendants' motion is hereby GRANTED. The Case Management Conference is hereby CONTINUED from November 15, 2013 to January 10, 2014, at 10:30 a.m., and all related deadlines are EXTENDED in accordance therewith.

  **IT IS SO ORDERED.**

Dated: October 7, 2013

_____
MAXINE M. CHESNEY
United States District Judge