IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SANDOZ, INC.,

        Plaintiff,

  v.

AMGEN, INC., et al.,

        Defendants.

                                             /

No. CV-13-2904 MMC

**JUDGMENT IN A CIVIL CASE**

**( ) Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**(X) Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED**

Defendants' motion to dismiss is hereby GRANTED, and the complaint is hereby DISMISSED without prejudice and without leave to amend.

Dated: November 19, 2013

Richard W. Wieking, Clerk

By: Tracy Lucero
Deputy Clerk